IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY MOORE,

    Petitioner,

v.                                                        CASE NO. 5:16-cv-00292-MP-CAS

N C ENGLISH,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 3, 2016. (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed objections at Doc. 6.  I have made a de novo review based on those objections.   Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The case file and any pending motions and service copies shall be transferred to the United States District Court for the District of North Dakota, for all further proceedings.

    **DONE AND ORDERED** this _29th_  day of December, 2016

                                             *s/Maurice M. Paul*
                                             Maurice M. Paul, Senior District Judge